UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 26-2424-E | Date | June 16, 2026 |
|---|---|---|---|

| Title | CHARLES KIM v. RESIDENT HOME, LLC D/B/A DREAMCLOUD |
|---|---|

Present: The Honorable    Charles F. Eick, United States Magistrate Judge

| Bea Martinez | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

**Attorneys Present for Plaintiffs:**          **Attorneys Present for Defendants:**
None                                                              None

**Proceedings:**          **(IN CHAMBERS)**


Within twenty-eight (28) days of the date of this Order, Plaintiff shall file a declaration attempting to show good cause, if there be any, why service of the Summons and Complaint has not been made upon Defendant within 90 days after the filing of the Complaint.  Failure to show good cause why timely service has not been made may result in the dismissal of this action without prejudice.  See Fed. R. Civ. P. 4(m).


cc:      All Counsel of Record


Initials of Deputy Clerk  bm