# VERIFIED RETURN OF SERVICE

Job # MIA32855

**Client Info:**

The Law Offices of Jibrael S. Hindi, PLLC
1515 NE 26th Street
Wilton Manors, FL 33305

**Case Info:**

**PLAINTIFF:**
CHARLES KIM
-versus-
**DEFENDANT:**
RESIDENT HOME, LLC D/B/A DREAMCLOUD

UNITED STATES DISTRICT COURT
Court Division: CIVIL ACTION

Court Case # **2:26-cv-02424-E**

**Service Info:**

**Received by Selena Cabrera: on June, 30th 2026** at **02:47 PM**
**Service:** I Served **RESIDENT HOME, LLC D/B/A DREAMCLOUD C/O Agent Authorized to Accept Service**
With: **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT AND JURY DEMAND,**
by leaving with **Jane Doe (Registered Agent's policy prohibits name to be provided), Intake Specialist - Authorized to Accept for R.A.**

**At Business 251 LITTLE FALLS DRIVE WILMINGTON, DE 19808**
On **7/1/2026** at **08:11 AM**
**Manner of Service: USDC Summons**
Service has been completed pursuant to Federal Rule of Civil Procedure (4)

**Served Description: (Approx)**

Age: **35**, Sex: **Female**, Race: **White-Caucasian**, Height: **5' 2"**, Weight: **180**, Hair: **Brown** Glasses: **No**

I **Selena Cabrera** acknowledge that I am 18 years or older, authorized to serve process, in good standing in the jurisdiction wherein the process was served, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server: [signature] July 2, 2026
**Selena Cabrera**

**Accurate Serve of Plantation**
151 North Nob Hill Road #254
Plantation, FL 33324
Phone: (954) 228-4029

Our Job # **MIA32855** Client Ref # **2:26-cv-02424-E**